Ronald L. Richman, SBN 139189
Joye Blanscett, SBN 191242
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
E-mail: ron.richman@bullivant.com
E-mail: joye.blanscett@bullivant.com
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> LAND TECHNOLOGY, INC., a California corporation; and SHELLEY DREWRY aka SHELLEY RENEE SHAHEN, an Individual, <br><br> Defendants. | Case No.: C 07 00382 EMC <br><br> **STIPULATION FOR DISMISSAL; ORDER THEREON** |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers

6077607.1                    - 1 -
STIPULATION FOR DISMISSAL; ORDER THEREON

Training and Retraining Trust Fund for Northern California ("Plaintiffs Trust Funds"), on the one hand, and Defendants Land Technology, Inc., a California Corporation and Shelley Drewry aka Shelley Renee Shahan, on the other hand, through their respective counsel, that this action be dismissed, with prejudice, as against all Defendants, each party to bear its own attorneys' fees and costs.

DATED: March 16, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs Trust Funds

DATED: March 16, 2007

GIANELLI & ASSOCIATES

By _____
David C. Johnston

Attorneys for Defendants

### ORDER

The parties having so stipulated, IT IS HEREBY ORDERED THAT this action be dismissed, with prejudice, as against all Defendants, each party to bear its own attorneys' fees and costs.

DATED: March 21, 2007

By _____
JUDGE

*IT IS SO ORDERED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6077607.1

- 2 -

STIPULATION FOR DISMISSAL; ORDER THEREON